# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LINDA M. BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE CORP.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-1943-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of the Report and Recommendation of the Magistrate Judge, and the court having adopted said report and recommendation, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 25th day of February, 2011.

                JAMES N. HATTEN
                CLERK OF COURT


            By: s/Andrea Gee
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 February 28, 2011
James N. Hatten
Clerk of Court

By: s/Andrea Gee
   Deputy Clerk